UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
SUBRINA BAPTISTE, for herself and her minor
child, and IVY BRODSKY,

                      Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.

                      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ECF Case No.
1:12-cv-04889-JBW-JMA

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable district judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant JPMorgan Chase Bank, N.A., certify that the following reflects any publicly held corporate parents, and listing of any publicly held company that owns 10% or more of the party's stock:

                      **JPMorgan Chase & Co.**

Dated:  New York, New York
          February 8, 2013

                      JPMorgan Chase & Co. Legal & Compliance Department

                      By: _____
                          Sheila E. Carson
                      *Attorneys for Defendant*
                      One Chase Manhattan Plaza, 26th Floor
                      New York, New York  10005
                      (212) 552-0950